# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| KEVIN JAMES KOHUTE, | § | |
| | § | |
| | § | CIVIL ACTION NO. 6:18-CV-00282-JDK |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| ALICIA MOUTON, MINNIE WINSTON, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On October 2, 2018, the Magistrate Judge issued a Report and Recommendation (Docket No. 6), recommending that Plaintiff's complaint be dismissed with prejudice for failure to state a basis for jurisdiction or allege a claim upon which relief can be granted. On October 5, 2018 Plaintiff received a copy of the Magistrate Judge's Report and Recommendation. Docket No. 7. The Report and Recommendation informed Plaintiff of his rights to object to the Report and Recommendation within 14 days, and further informed him that a failure to timely object shall bar "*de novo* review by the district judge of those findings, conclusions and recommendations and, except on grounds of plain error, from appellate review of unobjected-to factual findings and legal conclusions accepted and adopted by the district court." Docket No. 6 at 3 (citing *Douglass v. United States Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996)). Since the service of the Report and Recommendation on October 5, 2018, Plaintiff has not filed objections and the prescribed time

period for doing so has passed.

Having reviewed the findings and conclusions of the Magistrate Judge, the Court agrees with the Magistrate Judge. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the complaint is hereby **DISMISSED WITH PREJUDICE**.

**Signed this**
**Dec 14, 2018**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE